■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON RIDDICK, Appellant. [862 NYS2d 801]—Appeal by the defen-

dant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Wong, J.), imposed May 30, 2007, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Carni and Leventhal, JJ., concur.